**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN STEWART and JUAN CARLOS VAZQUEZ, on behalf of themselves and others similarly situated,

Plaintiffs,

vs.

ROBERT LUNA, SHERIFF, et al.,

Defendants.

No. 2:23-cv-04641-ODW-PDx

**ORDER GRANTING STIPULATION TO EXTEND DUE DATE FOR FILING OF RENEWED MOTION FOR CLASS CERTIFICATION**

In light of the parties' Stipulation to Extend Deadline, (ECF No. 85), and finding good cause, **IT IS HEREBY ORDERED** that the parties' stipulation to extend the date for the filing of the renewed motion for class certification is granted and the renewed motion is due **March 17, 2025**.

DATED: March 7, 2025

By: ______________________________
HON. OTIS D. WRIGHT II
United States District Judge